UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTHONY JEROME SCOTTS | CIVIL ACTION |
| VERSUS | NO. 14-452 |
| SGT. JOHN O'BRIEN, ET AL. | SECTION: "I"(1) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Anthony Jerome Scotts, which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's federal civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous.

New Orleans, Louisiana, this 7th day of April, 2014.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE